No. 12,669.

STATE BOARD OF DENTAL EXAMINERS ET AL. *v.* PATCH.

(8 P. [2d] 704)

Decided January 18, 1932. Rehearing denied February 23, 1932.

Mr. JOHN L. UNDERWOOD, Attorney General, Mr. CLARENCE L. IRELAND, Attorney General, Mr. ARTHUR L. OLSON, Assistant, Mr. CHARLES H. HAINES, Special Assistant, for plaintiffs in error.

Mr. HORACE N. HAWKINS, Mr. EDWARD L. WOOD, Mr. J. C. STEVENSON, for defendant in error.

*En Banc.*

MR. CHIEF JUSTICE ADAMS delivered the opinion of the court.

THIS case is controlled by *State Board of Dental Examiners v. Miller*, 90 Colo. 193, 8 P. (2d) 699.

For the reasons there stated, the judgment of the district court is reversed and the cause remanded with instructions to set aside its judgment and in lieu thereof to

enter a judgment dismissing the writ of certiorari at the cost of Charles W. Patch, the petitioner therein.

MR. JUSTICE HILLIARD not participating.